IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ERICK MALDONADO,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D16-3530

NORTHEAST FLORIDA STATE
HOSPITAL,

Appellee.

_____/

Opinion filed December 21, 2016.

An appeal from the Division of Administrative Hearings.
E. Gary Early, Judge.

Nancy A. Daniels, Public Defender, Steven L. Seliger, Assistant Public Defender,
Tallahassee, for Appellant.

J. Melton Bessinger, Jr., Institution Counsel, Northeast Florida State Hospital,
Macclenny, for Appellee.

PER CURIAM.

        AFFIRMED.

B.L. THOMAS, WETHERELL, and M.K. THOMAS, JJ.